JS-6

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Renee Capela, Joseph Capela,<br><br>  Plaintiffs,<br>    v.<br><br>Armcon Corporation doing business as Coachella Valley Collection Service, Law Office of John D. Gallegos, et al.,<br><br>  Defendants. | Case No. 20-cv-00458-JGB-SHKx (LEAD)<br>Case No. 20-cv-02144-JGB-SHK<br><br>**CONSOLIDATED**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, recognizing the Joint Stipulation of Dismissal filed by Plaintiffs Renee Capela and Joseph Capela and Defendants Armcon Corporation doing business as Coachella Valley Collection Service, Law Office of John D. Gallegos, Coachella Valley Process Servers and Eric Ratliff pursuant to settlement of the above-captioned litigation between the parties, it is ordered as follows:

ORDERED the claims asserted herein by Plaintiffs against Defendants are hereby dismissed with prejudice.

ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.

DONE this 8th day of June 2021.

_____
HONORABLE JESUS G. BERNAL